UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| CORYDON COCHRAN,<br>    Plaintiff | :<br>:<br>: |
| v. | :    File No. 1:06-CV-116 |
| | : |
| CCA-LAC MEDICAL DEPARTMENT,<br>VERMONT DEPARTMENT OF<br>CORRECTION MEDICAL<br>DEPARTMENT,<br>    Defendants | :<br>:<br>:<br>:<br>: |

## ORDER

The Magistrate Judge's Report and Recommendation was filed January 5, 2007 (Paper 17). After de novo review and absent objection, the Report and Recommendation is AFFIRMED, APPROVED and ADOPTED. See 28 U.S.C. § 636(b)(1).

Defendants' motions to dismiss (Papers 6 and 9) are GRANTED and this case is DISMISSED. The defendants' motion to strike plaintiff's opposition to their motions (Paper 13) is DENIED.

SO ORDERED.

Dated at Brattleboro, in the District of Vermont this 5th day of February, 2007.

/s/ J. Garvan Murtha
J. Garvan Murtha
United States District Judge